UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

KYLE CONRAD,

                Defendant.
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025

1:25-cr-474-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    An initial appearance and arraignment in this matter will take place on October 24, 2025 at 11:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: October 15, 2025

                                                                  GREGORY H. WOODS
                                                         United States District Judge