

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2025

November 13, 2025

**BY ECF AND EMAIL**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kyle Conrad*, 25 Cr. 474 (GHW)

Dear Judge Woods:

      The Government writes in regard to the Court's Rule 16 discovery deadline, which is currently November 14, 2025, in the above-captioned case. The Government's review of the evidence in this case, including materials containing the personal identifying information of potential witnesses, is ongoing. In addition, the undersigned counsel for the Government is preparing for a one-week trial scheduled to begin on November 17, 2025. Accordingly, the Government requests permission for a two-week extension (until November 28, 2025) to make its initial discovery production. Defense counsel consents to this request.

Application granted. The deadline for the Government to make its initial discovery production is extended to November 28, 2025.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: November 14, 2025
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *[signature]* Dana McCann
Dana R. McCann
Assistant United States Attorney
Tel: (212) 637-2308

cc: Michael Arthus, Esq., Counsel for Kyle Conrad (by ECF and email)