UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,   :
            :
   -against-     :
            :

KYLE CONRAD,      :   1:25-cr-474-GHW
            :

      Defendant. :   ORDER
-------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/18/2026 |

GREGORY H. WOODS, United States District Judge:

This matter having been opened to the Court upon AIELLO HARRIS ABATE LAW GROUP, PC attorneys for Defendant for an Order Permitting Defense Retained Psychologist To Examine Defendant At Metropolitan Detention Center, Brooklyn, New York ("MDC Brooklyn");

It is on this 18th day of February, 2026

ORDERED that MDC Brooklyn and the Federal Bureau of Prisons are directed to permit Dr. Casey LaDuke, Ph.D., to have reasonable access to the defendant to conduct a psychological evaluation, subject to Bureau of Prisons policies and procedures governing professional visits, including credentialing, scheduling, security screening, and supervision as required; and it is further

ORDERED that Dr. LaDuke shall be permitted to bring such testing materials, records, and equipment as are reasonably necessary to conduct the evaluation, subject to approval by the Bureau of Prisons.

SO ORDERED.

Dated: February 18, 2026
New York, New York

         _____
          GREGORY H. WOODS
         United States District Judge